IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH,<br><br>    Plaintiff,<br><br>v.<br><br>DIANA AHMED, et al.,<br><br>    Defendants. | Case No. 19-cv-03753-MMC<br><br>**ORDER DIRECTING PARTIES TO SUBMIT JOINT STATUS REPORT**<br><br>Re: Dkt. No. 14 |

Before the Court is the parties' "Joint Stipulation," filed October 8, 2019, "to Extend Deadline to Complete Joint Site Inspection Required by General Order 56," by which stipulation, the parties state they are engaged in settlement discussions and wish to extend the deadline for the required joint site inspection from October 10, 2019, to October 14, 2019.

The Court having received the above-referenced stipulation shortly before the October 10 deadline, and the proposed new deadline now having passed, the parties are hereby DIRECTED to submit, no later than October 21, 2019, a Joint Report setting forth the status of the action, after which the Court will determine what, if any, further orders are necessary.

**IT IS SO ORDERED.**

Dated: October 15, 2019

MAXINE M. CHESNEY
United States District Judge