IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH,<br><br>    Plaintiff,<br><br>    v.<br><br>DIANA AHMED, et al.,<br><br>    Defendants. | Case No. 19-cv-03753-MMC<br><br>**ORDER OF DISMISSAL** |

    The parties having jointly advised the Court that they have reached a global settlement in the above-titled case,

    IT IS HEREBY ORDERED that plaintiff's claims alleged against defendants be dismissed without prejudice; provided, however, that if any party shall certify to this Court, within ninety days, with proof of service of a copy thereof on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar for further proceedings as appropriate.[1]

    **IT IS SO ORDERED.**

Dated: October 24, 2019

                                                                   MAXINE M. CHESNEY<br>
                                                                   United States District Judge

---

[1] Nothing herein is intended to preclude the subsequent filing of a notice of dismissal with prejudice.