Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff
Albert Dytch

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH, | Case No. 3:19-cv-03753-MMC |
| Plaintiff, | **STIPULATION FOR ENTRY OF JUDGMENT; JUDGMENT** |
| vs. | |
| DIANA AHMED dba MUNCH INDIA, et al., | |
| Defendants. | |

Pursuant to the Confidential Settlement Agreement and Release ("Agreement") between Plaintiff, Albert Dytch ("Plaintiff"), and Defendants, Diana Ahmed dba Munch India, Nisa Ahmed dba Munch India, and Musad S. Alsaidi (collectively "Defendants," and together with Plaintiff, "the Parties"), the Parties to this action, through their attorneys of record, hereby stipulate as follows:

1. Plaintiff filed a civil lawsuit against Defendants, Case Number 3:19-cv-03753-MMC ("the Action"). Plaintiff claims in that Action that he is entitled to injunctive relief under the Americans with Disabilities Act ("ADA"), injunctive relief and statutory damages under the California Unruh Civil Rights Act ("Unruh Act"), and injunctive relief under the California Health and Safety Code ("Health and Safety Code"). Plaintiff also sought the recovery of his

STIPULATION FOR ENTRY OF JUDGMENT; JUDGMENT

Page 1

1 attorneys' fees, costs, and litigation expenses as permitted under both the ADA, the Unruh Act
2 and the Health and Safety Code.

3     2. On or about October 11, 2019, Plaintiff and Defendants entered into the
4 Agreement resolving all claims in the Action. As part of the Agreement, Defendant agreed to
5 pay Plaintiff $10,000.00 (the "Settlement Sum") in nine monthly installments (the "Installment
6 Payments").

7     3. The Agreement further provides that in the event that Defendants fail to make
8 any of the Installment Payments to Plaintiff, Defendants have 15 days from Plaintiff's written
9 notice to Defendants to cure the default by making all remaining payments then due to
10 Plaintiff. If Defendants' default is not cured within such 15 days, then Plaintiff has the right to
11 file this Stipulated Judgment in the amount of $10,000.00 ("Judgment") less any Installment
12 Payments made by Defendants. Plaintiff shall complete paragraphs 4 and 5 of this Stipulated
13 Judgment accordingly.

14     4. Defendants have thus far made a total of five payments totaling $6,000.00. On
15 April 16, 2020, Defendants defaulted on the Installment Payment obligations. Defendants
16 further failed to cure the default by May 12, 2020 after receiving proper notice pursuant to the
17 Agreement on April 27, 2020.

18     5. The Parties thereby stipulate that Judgment be entered in favor of Plaintiff and
19 against Defendants in the remaining amount of $4,000.00.

20     6. This stipulated judgment shall not affect Plaintiff's ability to enforce the non-
21 monetary terms of the Agreement in a separate action.

22     **IT IS SO STIPULATED.**

23

24 Dated: June 18, 2020                       MOORE LAW FIRM, P.C.

25
26                                             */s/ Tanya E. Moore*
                                            Tanya E. Moore
27                                             Attorney for Plaintiff,
28                                             Albert Dytch

1  Dated: June 18, 2020                              VAUGHAN & ASSOCIATES

                                                     */s/ Khushpreet R. Mehton*
                                                     Khushpreet R. Mehton
                                                     Attorneys for Defendants,
                                                     Diana Ahmed dba Munch India,
                                                     Nisa Ahmed dba Munch India,
                                                     and Musad S. Alsaidi

### ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                                     */s/ Tanya E. Moore*
                                                     Tanya E. Moore
                                                     Attorney for Plaintiff,
                                                     Albert Dytch

### JUDGMENT

   Pursuant to the Stipulation of the parties, Judgment is hereby entered in favor of Plaintiff and against Defendants in the amount of $4,000.00.

Dated: June 18, 2020                                 _____
                                                     United States Senior District Judge